IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| PATRICIA JOHNSON, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. |
| | : 2:11-CV-0116-RWS |
| EDWARD JONES INVESTMENTS, *et al.*, | : |
| Defendants. | : |

## **ORDER**

This case is before the Court for consideration of the Report and Recommendation [12] of Magistrate Judge Susan S. Cole. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, Plaintiff's Complaint is hereby **DISMISSED**, **WITH PREJUDICE** for want of prosecution. The Clerk shall close the case.

**SO ORDERED**, this  16th   day of April, 2012.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)